UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
AUSTIN DIVISION
1999 MY 27 PM 3: 24
WESTERN DISTRICT OF TEXAS
U.S. CLERK'S OFFICE
BY:_____ DEPUTY

KERMIT AGUAYO, et al.       §
                            §
vs.                         §   NO. A 99 CA 097 SS
                            §
MOTOROLA, INC.              §

## ORDER

**BE IT REMEMBERED** that on the 26th day of May, 1999, the Court held a telephonic status conference at which the parties appeared by representation of counsel. The Court now confirms the announcements made orally at the conference.

IT IS ORDERED that the above case is set for a Markman hearing on August 13, 1999 at 9:00 a.m. in the United States Courthouse, Courtroom 2, 200 West Eighth Street, Austin, Texas 78701.

IT IS FURTHER ORDERED that the Plaintiff's Application for Preliminary and Permanent Injunction [#1] is DISMISSED WITHOUT PREJUDICE to refiling.

SIGNED this the 26th day of May 1999.

_____
UNITED STATES DISTRICT JUDGE